UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDRE HUNTER,
Plaintiff,

vs. Dr. Ben Awada, Dr. Graciela
Grammer, Dr. Seth Osafo, Dr.
Willard Elyea, Barbara Hurt,
Roger Walker Jr., Terri Anderson,
Sherry Benton, Karen Harper,
Donald Hulick, Wexford Health
Sources Inc., Kevin Kirkbride,
Defendants.

CASE NO. 04-3062

JURY TRIAL DEMANDED

FILED
FEB 28 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff ANDRE HUNTER, pursuant to §1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The plaintiff, because of reduced library hours and demanding work schedule, has very limited access to law library.

4. The plaintiff has limited knowledge of the law.

Andre Hunter R-01100
Illinois River Correctional Center
P.O. Box 1900
Canton, IL., 61520