05415-R4150
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R01100, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3062-HAB-BGC |
| ) | |
| DR. BEN AWADA, DR. GRACIELA ) | |
| GRAMMER, DR. SETH OSAFA, DR. ) | |
| WILLARD ELYEA, BARBARA HURT, ) | |
| ROGER WALKER, TERRI ANDERSON, ) | |
| SHERRY BENTON, KAREN HARPER, ) | |
| DONALD HULICK, WEXFORD ) | |
| HEALTH SOURCES, INC., and KEVIN ) | |
| KIRKBRIDE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT AWADA'S ANSWER
TO PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, BEN AWADA, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Answer to Plaintiff's Complaint, states:

**Jurisdiction**

1. Defendant admits that jurisdiction and venue are proper.

**Parties**

2. Defendant admits that Plaintiff, Andre Hunter, was incarcerated at the Illinois River Correctional Center during the relevant time frames referenced in this Complaint, including the date this lawsuit was filed.

3. Defendant Awada admits that he practices as a dentist within facilities directed by the Illinois Department of Corrections and has practiced at various times. Defendant denies that he has always been the dentist at the Illinois River Correctional Center.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
TMP/ej

  4. Defendant admits that Dr. Grammer has served as a dentist at the Illinois River Correctional Center at certain times referenced in this Complaint. Defendant denies that Dr. Grammer has always been the dentist at the Illinois River Correctional Center.

  5. Defendant admits that Dr. Osafo (incorrectly referred to as Dr. Osafa) is the current Medical Director at the Illinois River Correctional Center. Defendant admits that Dr. Osafo has been the Medical Director on most of the dates referenced in Plaintiff's Complaint.

  6. Defendant admits that Wexford Health Sources, Inc. is the current healthcare provider at the Illinois River Correctional Center. Defendant denies that Wexford Health Sources, Inc. was always the provider during all relevant times.

  7. Defendant makes no responses with respect to the remaining parties in this case as he does not have specific knowledge regarding their titles and dates of employment.

### Exhaustion

  8. Defendant denies that Plaintiff has exhausted all available administrative remedies without strict proof of same.

### Statement of Claims

  9. Defendant denies that any act or omission on his part constituted deliberate indifference with respect to the Plaintiff's care and treatment of his dental issues.

  10. Defendant denies that his dental care was affected in any way by a policy or custom of Wexford Health Sources, Inc.

  11. Defendant admits that the Illinois Department of Corrections has a policy which does not allow crowns to be placed.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
TMP/ej

12.     Defendant denies that Plaintiff's request for a crown or cap constitutes a serious medical need.

13.     Defendant admits that extraction is a reasonable alternative in light of the condition of Plaintiff's tooth.

14.     Defendant denies that any act or omission on his part constitutes a violation of Plaintiff's constitutional rights.

### First Cause of Action

15.     Defendant denies any act or omission on his part constitutes a violation of Plaintiff's constitutional rights.  Defendant denies that Plaintiff was provided with inadequate medical attention and further denies that Plaintiff suffers from any serious medical needs.

### Second Cause of Action

16.     Defendant Awada denies that Plaintiff has stated a cause of action for deliberate indifference against Wexford Health Sources, Inc.  Defendant denies that any act or omission on his part constituted deliberate indifference to the Plaintiff's serious medical needs.

### Third Cause of Action

As this Defendant is not referenced in Count III, Defendant makes no response.

### Relief Requested

Defendant denies that Plaintiff is entitled to the relief requested.  Specifically, Defendant states the following:

A.     Defendant denies that Plaintiff is entitled to a declaratory judgment suggesting that the actions of the Defendants violated the constitutional rights of the Plaintiff.

B.     Defendant denies that Plaintiff is entitled to an injunction.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4150
TMP/ej

    C1.    Defendant denies that Plaintiff is entitled to compensatory damages with respect to his allegations of physical and emotional pain relating to medical care.

    C2.    Defendant denies that Plaintiff is entitled to any of the relief requested against Defendant Wexford.

    C3.    Defendant denies that Plaintiff is entitled to the relief requested against the other Defendants as well.

    D.    Defendant specifically denies that Plaintiff is entitled to punitive damages as to Wexford Health Sources, Inc. as municipalities and corporate entities may not be sued for punitive damages. Defendant denies that Plaintiff is entitled to punitive damages against Dr. Osafo.

    E.    Defendant denies that Plaintiff was injured or injured to the extent claimed.

WHEREFORE, Defendant, BEN AWADA, D.D.S., prays that this Court will enter judgment in his favor and against the Plaintiff, plus costs of suit.

**DEFENDANT DEMANDS TRIAL BY JURY.**

**AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, BEN AWADA, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Affirmative Defenses to Plaintiff's Complaint, states:

    1.    To the extent the Plaintiff has failed to exhaust his administrative remedies as it pertains to the undersigned Defendant, Defendant is entitled to judgment as a matter of law.

    2.    To the extent any act or omission on the part of the Defendant occurred more than two (2) years prior to the filing of this lawsuit, Defendant is entitled to judgment as a matter of law.

    3.    Defendant is entitled to qualified immunity.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-R4150
TMP/ej

      4.      Defendant is entitled to qualified immunity to the extent he followed administrative directives and institutional directives promulgated by the Illinois Department of Directors.  This Defendant is an employee of Wexford Health Sources, Inc.  His care and treatment is limited by the terms of the contract between the Department of Corrections and Wexford Health Sources, Inc.  Defendant cannot provide care and treatment that has not been authorized by the Department of Corrections in the context of providing medical care to inmates in the custody of the Department of Corrections.

      WHEREFORE, Defendant, BEN AWADA, D.D.S., prays this Court will enter judgment in his favor and against the Plaintiff, plus costs of suit.

**DEFENDANT DEMANDS TRIAL BY JURY.**

      Respectfully submitted,

      BEN AWADA, D.D.S., Defendant,

      HEYL, ROYSTER, VOELKER & ALLEN,
      Attorneys for Defendant,

BY:   /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:   (217) 523-3902
       E-mail: tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

5

05415-R4150
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed **Defendant Awada's Answer to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on June 12, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Andre Hunter, R01100
Illinois River Correctional Center
Inmate Mail/Parcels
P. O. Box 1900
Canton, IL 61520

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822