**E-FILED**
Tuesday, 12 June, 2007  01:09:04 PM
Clerk, U.S. District Court, ILCD

05415-R4150
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANDRE HUNTER, R01100, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-3062-HAB-BGC |
| | ) | |
| DR. BEN AWADA, DR. GRACIELA | ) | |
| GRAMMER, DR. SETH OSAFA, DR. | ) | |
| WILLARD ELYEA, BARBARA HURT, | ) | |
| ROGER WALKER, TERRI ANDERSON, | ) | |
| SHERRY BENTON, KAREN HARPER, | ) | |
| DONALD HULICK, WEXFORD | ) | |
| HEALTH SOURCES, INC., and KEVIN | ) | |
| KIRKBRIDE, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS WEXFORD AND OSAFO'S ANSWER TO PLAINTIFF'S COMPLAINT

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC. and SETH OSAFO,

M.D., by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN,

and for their Answer to Plaintiff's Complaint, state:

### Jurisdiction

1.      Defendants admit that jurisdiction and venue are proper.

### Parties

2.      Defendants admit that Plaintiff, Andre Hunter, was incarcerated at the Illinois River

Correctional Center during the relevant time frames referenced in this Complaint.

3.      Defendants admit that Wexford Health Sources, Inc. was the healthcare provider for

the Illinois Department of Corrections at certain times referenced in this Complaint, but not all times.

4.      Defendants admit that Dr. Osafo was the Medical Director at the Illinois River

Correctional Center at certain times relevant to this Complaint.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
TMP/ej

5.      Defendants admit that Dr. Awada has served as the dentist at the Illinois River Correctional Center at certain times relevant to this Complaint.

6.      Defendants admit that Dr. Grammer has served as a dentist at the Illinois River Correctional Center at certain times referenced in this Complaint.

## Exhaustion

7.      Defendants deny that Plaintiff has exhausted all available administrative remedies without strict proof of same.

## Statement of Claims

8.      Defendants deny that acts or omissions occurring more than two (2) years prior to the filing of this lawsuit are properly and timely stated in this case.

9.      Defendants deny that any act or omission on their part constituted deliberate indifference to any serious medical need of the Plaintiff.

10.     Defendants deny that any policy, custom, or practice of Wexford prevented Plaintiff from receiving appropriate dental care.

11.     Defendants deny that Dr. Osafo has ever served as the Healthcare Unit Administrator.

12.     Defendants deny that Plaintiff was treated with deliberate indifference to any serious medical need.

13.     Defendants deny that either plays any role in establishing policies, including administrative and institutional directives, on behalf of the Illinois Department of Corrections.

14.     Defendants admit that Wexford's role in providing medical care to incarcerated individuals is limited to the terms of the contract between Wexford and the Department of Corrections.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4150
TMP/ej

15.     Defendants admit that Plaintiff's dental problems were treated appropriately.

### First Cause of Action

16.     Defendants deny that Dr. Osafo violated the Plaintiff's Eighth and Fourteenth Amendment rights by failing to provide the Plaintiff with adequate medical attention to his serious medical needs.  Defendants further deny that any act or omission on their part constituted a violation of any constitutional rights.

17.     Moreover, the Plaintiff makes no reference to Dr. Osafo other than an allegation that he was the Medical Director, and in Paragraph 48, Plaintiff alleges that Dr. Osafo was the Healthcare Unit Administrator, which is inconsistent with a prior allegation.

18.     Defendants have denied that Dr. Osafo was ever the Healthcare Unit Administrator.

### Second Cause of Action

19.     Defendant Wexford denies that Plaintiff has stated a cause of action for deliberate indifference against Wexford Health Sources, Inc.  Defendant denies that any act or omission on its part constituted deliberate indifference to the Plaintiff's serious medical needs.

### Third Cause of Action

As these Defendants are not referenced in Count III, Defendants make no response.

### Relief Requested

Defendants deny that Plaintiff is entitled to the relief requested.  Specifically, Defendants state the following:

A.      Defendants deny that Plaintiff is entitled to a declaratory judgment suggesting that the actions of the Defendants violated the constitutional rights of the Plaintiff.

B.      Defendants deny that Plaintiff is entitled to an injunction.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4150
TMP/ej

C1.    Defendants deny that Plaintiff is entitled to compensatory damages with respect to his allegations of physical and emotional pain relating to medical care.

C2.    Defendants deny that Plaintiff is entitled to any of the relief requested against Defendant Wexford.

C3.    Defendants deny that Plaintiff is entitled to the relief requested against the other Defendants as well.

D.    Defendants specifically deny that Plaintiff is entitled to punitive damages as to Wexford Health Sources, Inc. as municipalities and corporate entities may not be sued for punitive damages.  Defendants deny that Plaintiff is entitled to punitive damages against Dr. Osafo.

E.    Defendants deny that Plaintiff was injured or injured to the extent claimed.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC. and SETH OSAFO, M.D., pray that this Court will enter judgment in their favor and against the Plaintiff, plus costs of suit.

### DEFENDANTS DEMAND TRIAL BY JURY.

### AFFIRMATIVE DEFENSES

NOW COME the Defendants, WEXFORD HEALTH SOURCES, INC. and SETH OSAFO, M.D., by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Plaintiff's Complaint, state:

1.    To the extent the Plaintiff has failed to exhaust his administrative remedies as it pertains to the undersigned Defendants, Defendants are entitled to judgment as a matter of law.

2.    To the extent any act or omission on the part of the Defendants occurred more than two (2) years prior to the filing of this lawsuit, Defendants are entitled to judgment as a matter of law.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-R4150
TMP/ej

    3.      Defendants are entitled to qualified immunity.

    4.      Defendants are entitled to qualified immunity to the extent they followed administrative directives and institutional directives promulgated by the Illinois Department of Directors. Defendant Osafo is an employee of Wexford Health Sources, Inc. His care and treatment is limited by the terms of the contract between the Department of Corrections and Wexford Health Sources, Inc. Defendants cannot provide care and treatment that has not been authorized by the Department of Corrections in the context of providing medical care to inmates in the custody of the Department of Corrections.

WHEREFORE, Defendants, WEXFORD HEALTH SOURCES, INC. and SETH OSAFO, M.D., pray this Court will enter judgment in their favor and against the Plaintiff, plus costs of suit.

<strong>DEFENDANTS DEMAND TRIAL BY JURY.</strong>

Respectfully submitted,

WEXFORD HEALTH SOURCES, INC. and SETH OSAFO, M.D., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:   /s/Theresa M. Powell
        Theresa M. Powell, #6230402
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL 62705
        Phone: (217) 522-8822
        Fax:    (217) 523-3902
        E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2007, I electronically filed **Defendants Wexford and Osafo's Answer to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

05415-R4150
TMP/ej

        None

and I hereby certify that on June 12, 2007, I mailed by United States Postal Service, the document(s)

to the following non-registered participants:

        Andre Hunter, R01100
        Illinois River Correctional Center
        Inmate Mail/Parcels
        P. O. Box 1900
        Canton, IL 61520

                                        /s/Theresa M. Powell
                                        Theresa M. Powell, #6230402
                                        HEYL, ROYSTER, VOELKER & ALLEN
                                        Suite 575, National City Center
                                        P. O. Box 1687
                                        Springfield, IL  62705
                                        Phone: (217) 522-8822
                                        Fax:    (217) 523-3902
                                        E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822