05415-R4150
DMW/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R01100, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-3062-HAB-BGC |
| | ) |
| DR. BEN AWADA, DR. GRACIELA GRAMMER, DR. SETH OSAFA, DR. WILLARD ELYEA, BARBARA HURT, ROGER WALKER, TERRI ANDERSON, SHERRY BENTON, KAREN HARPER, DONALD HULICK, WEXFORD HEALTH SOURCES, INC., and KEVIN KIRKBRIDE, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

NOW COMES DAVID M. WALTER, of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as counsel of record on behalf of the Defendants, SETH OSAFO, M.D.; BEN AWADA, D.D.S.; and WEXFORD HEALTH SOURCES, INC., in the above-captioned matter, and hereby states that he has been admitted to practice in the United States District Court, Central District of Illinois, and that he is a member in good standing of the bar of this Court.

Respectfully submitted,

SETH OSAFO, M.D.; BEN AWADA, D.D.S.; and WEXFORD HEALTH SOURCES, INC., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendants,

BY:  /s/David M. Walter
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/ej

Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:dwalter@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4150
DMW/ej

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Jacob H. Smith
jsmith@atg.state.il.us

and I hereby certify that on June 25, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Andre Hunter, R01100
Illinois River Correctional Center
Inmate Mail/Parcels
P. O. Box 1900
Canton, IL 61520

/s/David M. Walter

David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: dwalter@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822