05415-R4150
DMW/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R01100, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3062-HAB-BGC |
| ) | |
| DR. BEN AWADA, DR. GRACIELA ) | |
| GRAMMER, DR. SETH OSAFA, DR. ) | |
| WILLARD ELYEA, BARBARA HURT, ) | |
| ROGER WALKER, TERRI ANDERSON, ) | |
| SHERRY BENTON, KAREN HARPER, ) | |
| DONALD HULICK, WEXFORD ) | |
| HEALTH SOURCES, INC., and KEVIN ) | |
| KIRKBRIDE, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF COMPLIANCE**

NOW COMES DAVID M. WALTER of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to this Court's Text Order dated June 19, 2007, advises the Court that Ms. Karen Harper was employed by Health Professionals Limited as a dental assistant at Illinois River Correctional Center from July 5, 2005 through December 17, 2005. HEYL, ROYSTER, VOELKER & ALLEN will be appearing on her behalf and filing an Answer by the July 6, 2007 deadline as directed by the Court in its June 19, 2007 Order.

Respectfully submitted,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendants,

BY:  /S/David M. Walter
David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/ej

          Fax:    (217) 523-3902
          E-mail:dwalter@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/ej

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed **Notice of Compliance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Jacob H. Smith
jsmith@atg.state.il.us

and I hereby certify that on June 25, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Andre Hunter, R01100
Illinois River Correctional Center
Inmate Mail/Parcels
P. O. Box 1900
Canton, IL 61520

/s/David M. Walter

David M. Walter, #6244907
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:dwalter@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822