UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDRE HUNTER, )
plaintiff, )
)
)
)
) CASE NO. 07-3062
)
vs. Dr. Ben Awada, Dr. Graciela )
Grammer, Dr. Seth Osafo, Dr. ) JURY TRIAL DEMANDED
Willard Elyea, Barbara Hurt, )
Roger Walker Jr., Terri Anderson, )
Sherry Benton, Karen Harper, )
Donald Hulick, Wexford Health )
Sources Inc., Kevin Kirkbride, )
Defendants. )

FILED
JUN 22 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO RECONSIDER APPOINTMENT OF COUNSEL

Now comes the plaintiff, Andre Hunter, pro se, pursuant to 28 U.S.C §1915 (d) and respectfully requests this honorable court reconsider his motion for appointment of counsel. In support of said motion the plaintiff states as follows:

1. That the plaintiff is unlettered in civil law and has never brought suit in federal or state court.

2. This case involves a medical issue which is complex, and the plaintiff has limited ability to investigate the facts.

3. The plaintiff's case has merit.

4. In addition to the above mentioned facts the plaintiff faces a further handicap due to inadequate access to the prison law library. Illinois River C.C. recently remove the prison law librarian and has not replaced him. The prison has not ran law library since. A plan is to be implemented where each housing unit will get one hour a week where inmates can sit in the law library while staff watch(no assistance from a paralegal).The line is be ran with the limited capacity of 20 inmates. With each housing unit housing over 450 inmates, the plaintiff chances of attending law library are precarious to say the least.

WHEREFORE, for the reasons stated above the plaintiff respectfully prays this honorable court reconsider his motion for appointment of counsel.

Respectfully submitted,

*Andre Hunter*

Andre Hunter R-01100
Illinois River Correctional Center
P.O. Box 1900
Canton, IL 61520

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing documents by first class United States mail in a properly addressed envelope with adequate postage thereon.

The individuals served are:

Heyl, Royster, Voelker & Allen
Suite 575, National City Center
P.O. Box 1687
Springfield, IL 62705

This 18th day of June, 2007.

_____
Andre Hunter R-01100

Subscribed and sworn to before me this 18th day of June, 2007.

"OFFICIAL SEAL"
Don A. Burkhart
Notary Public, State of Illinois
My Commission Exp. 08/22/2008