E-FILED
Monday, 25 June, 2007 02:46:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDRE HUNTER, )
plaintiff, )
)
)
) CASE NO. 07-3062
)
vs. Dr. Ben Awada, Dr. Graciela ) JURY TRIAL DEMANDED
Grammer, Dr. Seth Osafo, Dr. )
Willard Elyea, Barbara Hurt, )
Roger Walker Jr., Terri Anderson, )
Sherry Benton, Karen Harper, )
Donald Hulick, Wexford Health )
Sources Inc., Kevin Kirkbride, )
Defendants.

## MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S INTERROGATORIES

Plaintiff Andre Hunter, Pursuant to Fed.R.Civ.P 6(b), respectfully requests this court grant an order extending the time to respond to defendant's interrogatories, to August 12, 2007.

This motion is made on the grounds that:

1. Plaintiff is incarcerated at facility currently on level one lockdown. During level one lockdown status plaintiff, who is currently representing himself on a pro se basis, is allowed no phone call, no visits, and no access to law library.

2. Plaintiff is employed at Illinois Correctional Industries bakery. On level 1 lockdown plaintiff is required to work twelve hour shifts(6a.m.-6p.m.) seven days a week. Upon returning from work plaintiff is physically and mentally exhausted and cannot be expected to answer defendants interrogatories in the competent manner that is necessary.

3. Plaintiff has requested no previous extensions of time in this matter and to date, all of his filings with the court have been made in a timely manner.

Respectfully submitted,

Andre Hunter R-01100
Illinois River Correctional Cen.
P.O. Box 1900
Canton, IL 61520