05415-R4150
DMW/jlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R01100, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3062-HAB-BGC |
| ) | |
| DR. BEN AWADA, DR. GRACIELA ) | |
| GRAMMER, DR. SETH OSAFA, DR. ) | |
| WILLARD ELYEA, BARBARA HURT, ) | |
| ROGER WALKER, TERRI ANDERSON, ) | |
| SHERRY BENTON, KAREN HARPER, ) | |
| DONALD HULICK, WEXFORD ) | |
| HEALTH SOURCES, INC., and KEVIN ) | |
| KIRKBRIDE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS GRAMMER AND HARPER'S ANSWER
TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, GRACIELA GRAMMER, M.D. and KAREN HARPER, by and through their attorney, DAVID M. WALTER of HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer and Affirmative Defenses in response to Plaintiff's Complaint, state as follows:

1. Pursuant to CDIL-LR 12.1 and CDIL-LR 16.3(E)(2), in prison civil rights cases where the Plaintiff appears pro se, as here, the answer and subsequent pleadings shall be to the issues stated in the Court's Case Management Order issued after merit review of the Complaint. The Defendants need not parse the Complaint.

2. In this case, the Court entered a merit review order of the Complaint on March 30, 2007. Text order dated March 30, 2007. In its merit review order, the Court stated that the Plaintiff states a claim for deliberate indifference to his serious medical (dental) needs. The Court directed the Defendants to file an Answer within the time prescribed by local rule. Text order dated March 30, 2007.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/jlp

## Jurisdiction

1. Defendants admit that jurisdiction and venue are proper.

## Parties

2. Defendants admit that Plaintiff, Andre Hunter, was incarcerated at the Illinois River Correctional Center during the relevant time frames referenced in this Complaint, including the date this lawsuit was filed.

3. Defendants admit that Dr. Awada practices as a dentist within facilities directed by the Illinois Department of Corrections and has practiced at various times. Defendants deny that Dr. Awada has always been a dentist at the Illinois River Correctional Center.

4. Defendants admit that Dr. Grammer has served as a dentist at the Illinois River Correctional Center at certain times referenced in the Complaint. Defendants deny that Dr. Grammer has always been a dentist at the Illinois River Correctional Center.

5. Defendants admit that Karen Harper worked at the Illinois River Correctional Center as a dental assistant from July 5, 2005 through December 17, 2005. Defendants deny that Karen Harper was employed as a dental assistant at the Illinois River Correctional Center at all times referenced in the Plaintiff's Complaint.

6. Defendants admit that Dr. Osafo (incorrectly referred to as Dr. Osafa) is the current medical director at the Illinois River Correctional Center. Defendants admit that Dr. Osafo has been the medical director on most of the days referenced in the Plaintiff's Complaint.

7. Defendants admit that Wexford Health Sources, Inc., is the current health care provider at the Illinois River Correctional Center. Defendants deny that Wexford Health Sources, Inc., was always the provider during all relevant times.

HEYL ROYSTER
VOELKER
&ALLEN

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

2

05415-R4150
DMW/jlp

8.   Defendants make no response with respect to the remaining parties in this case as they do not have specific knowledge regarding their titles and dates of employment.

### Exhaustion

9.   Defendants deny that the Plaintiff has exhausted all available administrative remedies, with respect to all the claims alleged in his Complaint.

### Statement of Claims

10.   Defendants deny that any act or omission on their part constituted deliberate indifference with respect to the Plaintiff's care and treatment of his dental issues.

11.   Defendants deny that Plaintiff's dental care was affected in any way by a policy or custom of the contractual healthcare provider.

12.   Defendants admit that the Illinois Department of Corrections has a policy which does not allow crowns to be placed.

13.   Defendants deny that the Plaintiff's request for a crown or cap constitutes a serious medical need.

14.   Defendants admit that extraction is a reasonable alternative in light of the condition of Plaintiff's tooth.

15.   Defendants deny that any act or omission on their part constituted a violation of Plaintiff's constitutional rights.

16.   Defendants deny that they were deliberately indifferent to any medical need of the Plaintiff.

17.   Defendants deny that the Plaintiff was provided with inadequate medical attention.

18.   Defendants deny that the Plaintiff suffers from any serious medical needs.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4150
DMW/jlp

### Relief Requested

19.  Defendants deny that the Plaintiff is entitled to any relief whatsoever.

20.  Defendants deny that the Plaintiff is entitled to declaratory judgment suggesting that the actions of the Defendants violated the constitutional rights of the Plaintiff.

21.  Defendants deny that the Plaintiff is entitled to injunctive relief.

22.  Defendants deny that the Plaintiff is entitled to compensatory damages with respect to his allegations of physical and emotional pain relating to medical care.

23.  Defendants deny that the Plaintiff is entitled to punitive damages.

24.  Defendants deny that the Plaintiff is entitled to any other relief requested against the Defendants.

25.  Defendants deny that the Plaintiff was injured or injured to the extent claimed.

WHEREFORE, Defendants GRACIELA GRAMMER, M.D. and KAREN HARPER, pray that this Court will enter judgment in their favor and against the Plaintiff, plus costs of suit.

### DEFENDANTS DEMAND TRIAL BY JURY.

### AFFIRMATIVE DEFENSES

NOW COME the Defendants, GRACIELA GRAMMER, M.D. and KAREN HARPER, by their attorney, DAVID M. WALTER, of HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to the Plaintiff's Complaint, state as follows:

1.  At all times relevant herein, the Defendants acted in good faith, based upon their medical judgment, in providing care and treatment, and without violating the Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have know. The Defendants are therefore protected from suit for damages by the doctrine of qualified immunity.

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-R4150
DMW/jlp

    2.    To the extent that the Plaintiff has failed to exhaust his administrative remedies, which are available through the prison grievance procedures, his claims are barred by 42 U.S.C. § 1997e(a).

    3.    To the extent that the Plaintiff seeks mental or emotional damages, his claims are barred by 42 U.S.C. § 1997e(e), absent the prerequisite showing of a physical injury.

    4.    To the extent that any claimed act or omission occurred more than two (2) years prior to the filing of this lawsuit, Defendants are entitled to judgment as a matter of law with respect to the statute or limitations.

    5.    The Defendants were employees of Health Professionals Limited. Their care and treatment is limited by the terms of the contract between the Illinois Department of Corrections and Health Professionals Limited. Defendants could not provide care and treatment that had not been authorized by the Illinois Department of Corrections for inmates in the custody of the Department of Corrections. Thus, Defendants are entitled to qualified immunity to the extent that they followed the administrative directives and institutional directives promulgated by the Illinois Department of Corrections.

    WHEREFORE, Defendants, GRACIELA GRAMMER, M.D. and KAREN HARPER, pray that this Court will enter judgment in their favor and against the Plaintiff, plus costs of suit.

**Heyl Royster**
**Voelker**
**& Allen**

**Suite 575**
**National City Center**
**1 N. Old State Capitol Plaza**
**P.O. Box 1687**
**Springfield, IL 62705-1687**
**Fax (217) 523-3902**
**(217) 522-8822**

05415-R4150
DMW/jlp

          Respectfully submitted,

          GRACIELA GRAMMAR, M.D. and KAREN HARPER, Defendants,

          HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY: /s/David M. Walter
     David M. Walter, #6244907
     Theresa M. Powell, #6230402
     HEYL, ROYSTER, VOELKER & ALLEN
     Suite 575, National City Center
     P. O. Box 1687
     Springfield, IL  62705
     Phone: (217) 522-8822
     Fax:    (217) 523-3902
     E-mail: dwalter@hrva.com
            tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

6

05415-R4150
DMW/jlp

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2007, I electronically filed **Defendants Grammer and Harper's Answer to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Jacob H. Smith
jsmith@atg.state.il.us

and I hereby certify that on July 6, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Andre Hunter, #R-01100
Illinois River Correctional Center
Inmate Mail/Parcels
P. O. Box 1900
Canton, IL 61520

/s/David M. Walter

David M. Walter, #6244907
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: dwalter@hrva.com
        tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822