Andre Hunter R-01100
P.O. Box 1900
Canton, IL 61520

August 28, 2007

U.S. District Court
Office of the Clerk
151 U.S. Courthouse
600 East Monroe St.
Springfield, IL 62701

**FILED**

AUG 3 0 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk of the Court,

   This letter is to inform you that as of August 31, 2007, my mailing address will be as follows:

   Andre Hunter
   2125 B Melrose Drive
   Champaign, IL 61821


Thank you,

*Andre Hunter*
Andre Hunter


Cc:  Jacob H. Smith, Asst. Attorney General