E-FILED
Wednesday, 12 September, 2007  11:40:51 AM
Clerk, U.S. District Court, ILCD



André Hunter
2125 B Melrose Dr.
Champaign, IL  61820

September 10, 2007

U.S. District Court
Office of the Clerk
151 U.S.  Courthouse
600 East Monroe st.
Springfield Il.  62701

Dear Clerk of the Court,

In April of 2007 I filed a §1983 civil suit against state defendants and others. I was
incarcerated at the time of filing and was granted a motion to proceed in forma pauperis.
As such 20% of my monthly income was taken to pay the $350 filing fee. I have since
been released and would like to know the amount still due so that I may pay as soon as I
am able. The case number for this suit is 07-3062.

Thank you,

André Hunter