E-FILED
Tuesday, 25 September, 2007  10:00:53 AM
Clerk, U.S. District Court, ILCD





Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Illinois River Correctional Center / Rt. 9 West / P.O. Box 999 / Canton, IL 61520 / Telephone: (309) 647-7030 / TDD: (800) 526-0844

FILED
SEP 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

September 18, 2007

Clerk, United States District Court
151 U.S. Courthouse
600 East Monroe St.
Springfield, IL 62701

Re:  Andre M. Hunter R01100 – Case #3:07-cv-3062

This is to inform you that we will no longer be able to comply with the above mentioned order of withholding as Mr. Hunter was released from Illinois River Correctional Center on August 31, 2007. His last known address is C/O Cynthia Exum, 2125 B. Melrose Dr., Champaign, IL 61820 and he is being supervised by Champaign Parole Office, 2125 South First St., Champaign, IL 61820.

Sincerely,

Mark A. Pirtle
Business Administrator


MAP/bch

CC: Inmate file