05415-R4150
DMW/jly

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R01100, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3062-HAB-BGC |
| ) | |
| DR. BEN AWADA, DR. GRACIELA ) | |
| GRAMMER, DR. SETH OSAFA, DR. ) | |
| WILLARD ELYEA, BARBARA HURT, ) | |
| ROGER WALKER, TERRI ANDERSON, ) | |
| SHERRY BENTON, KAREN HARPER, ) | |
| DONALD HULICK, WEXFORD ) | |
| HEALTH SOURCES, INC., and KEVIN ) | |
| KIRKBRIDE, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR SANCTIONS PURSUANT
TO FEDERAL RULE 37**

NOW COME the Defendants, BEN AWADA, D.D.S., GRACIELA GRAMMER, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., by their attorney, DAVID M. WALTER of HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Sanctions state:

1.  The Plaintiff brought this cause of action against Dr. Awada, Dr. Grammer, Dr. Osafo, Karen Harper, and Wexford Health Sources, Inc. in the Central District of Illinois.

2.  On August 30, 2007 the Plaintiff filed a Notice of Change of Address notifying the Court that his new address, effective August 31, 2007 is: Andre Hunter, 2125 B Melrose Drive, Champaign, Illinois, 61821.

3.  On September 17, 2007, the Plaintiff was sent a Notice of Discovery Deposition advising him that his deposition would be taken on Thursday, October 18, 2007 at 11:00 a.m. at the

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/jly

offices of Heyl, Royster, Voelker & Allen, Suite 575, National City Center, 1 N. Old State Capitol Plaza, by the Defendants. This notice was sent to the Plaintiff at his new address of 2125 B Melrose Drive, Champaign, Illinois, 61821. A copy of the Notice of Deposition is attached hereto as Exhibit 1.

4. On October 18, 2007, the undersigned counsel for Ben Awada, D.D.S., Graciela Grammer, D.D.S , Seth Osafo, M.D., Karen Harper, and Wexford Health Sources, Inc. appeared, along with a court reporter and Assistant Attorney General Jacob Smith at 11:00 a.m. at the designated location to take the Plaintiff's deposition. The Plaintiff, however, who initiated this action and has required that a medical doctor and two dentists spend their time defending against his allegations rather than treating their patients, did not appear.

5. After approximately 20 minutes, Becky Raikes, receptionist at Heyl, Royster, Voelker & Allen, Springfield office, where the deposition was to take place and where the undersigned counsel works, was sworn as a witness. Ms. Raikes testified that she had been working at the front desk as a receptionist and had received no calls from Andre Hunter. Transcript of deposition, a copy of which is attached hereto as Exhibit 2.

6. Pursuant to Federal Rule 37(d), the failure of a party to attend his own deposition, after being served with proper notice, may be sanctioned by dismissal of the action, refusal to allow the disobedient party to support designated claims, prohibiting the disobedient party from introducing designated matters into evidence, and/or requiring the disobedient party to pay the reasonable expenses, including attorneys' fees, caused by the failure to comply. Federal Rule of Civil Procedure Rule 37(b) and (d).

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4150
DMW/jly

      WHEREFORE, Defendants, BEN AWADA, D.D.S., GRACIELA GRAMMER, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., respectfully request that the Court enter an Order sanctioning the Plaintiff for his failure to attend his own deposition, after being served with proper notice, by dismissing the action. In the alternative, Defendants ask that the Court enter an Order sanctioning the Plaintiff for his failure to attend his own deposition after being served with proper notice by refusing to allow the Plaintiff to present testimony in support of his claim of deliberate indifference and ordering him to pay reasonable expenses, including attorneys' fees, caused by his failure to attend.

    Respectfully submitted,

    BEN AWADA, D.,D.S, GRACIELA GRAMMAR, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., Defendants,

    HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:  /s/David M. Walter
     David M. Walter, #6244907
     Theresa M. Powell, #6230402
     HEYL, ROYSTER, VOELKER & ALLEN
     Suite 575, National City Center
     P. O. Box 1687
     Springfield, IL  62705
     Phone: (217) 522-8822
     Fax:    (217) 523-3902
     E-mail: dwalter@hrva.com
           tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4150
DMW/jly

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed a **Motion for Sanctions** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Jacob H. Smith
jsmith@atg.state.il.us

and I hereby certify that on October 30, 2007 I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Mr. Andre Hunter
c/o Cynthia Exum
2125 B Melrose Drive
Champaign, IL  61821

/s/David M. Walter

David M. Walter, #6244907
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail: dwalter@hrva.com
            tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/jly

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDRE HUNTER, R01100,      )
                           )
           Plaintiff,      )
                           )
v.                         )    No. 07-3062-HAB-BGC
                           )
DR. BEN AWADA, DR. GRACIELA )
GRAMMER, DR. SETH OSAFA, DR. )
WILLARD ELYEA, BARBARA HURT, )
ROGER WALKER, TERRI ANDERSON, )
SHERRY BENTON, KAREN HARPER, )
DONALD HULICK, WEXFORD     )
HEALTH SOURCES, INC., and KEVIN )
KIRKBRIDE,                 )
                           )
           Defendants.     )

### NOTICE OF DISCOVERY DEPOSITION

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **THURSDAY, OCTOBER 18, 2007** at **11:00 a.m.** at the offices of Heyl, Royster, Voelker & Allen, Suite 575, National City Center, 1 North Old State Capitol Plaza, the Defendants, by HEYL, ROYSTER, VOELKER & ALLEN, will take the deposition of **ANDRE HUNTER**, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure; that said deposition will be taken on oral interrogatories before a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases, at which time and place you may appear if you see fit so to do.

SETH OSAFO, M.D.; BEN AWADA, D.D.S.;
and WEXFORD HEALTH SOURCES, INC.,
Defendants,

BY: _____
HEYL, ROYSTER, VOELKER & ALLEN
David M. Walter

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

EXHIBIT 1

05415-R4150
DMW/jly

## PROOF OF SERVICE

THE UNDERSIGNED certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope with postage prepaid, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois, on September 17, 2007, addressed to such attorneys at their business address as disclosed by the pleadings of record herein.

BY: _____
HEYL, ROYSTER, VOELKER & ALLEN
David M. Walter

Copies Mailed To:

Mr. Jacob H. Smith
Illinois Attorney General's Office
500 South 2nd Street
Springfield, IL 62706

Andre Hunter
2125 B Melrose Drive
Champaign, IL  61821

Continental Reporting Service, Inc.
P.O. Box 50245
Bellevue, WA 98015



HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

1

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS


ANDRE HUNTER, R01100,        )
                             )
            Plaintiff,       )
                             )
      -vs-                   )  No. 07-3062-HAB-BGC
                             )
DR. BEN AWADA, DR. GRACIELA  )
GRAMMER, DR. SETH OSAFA,     )
DR. WILLARD ELYEA, BARBARA   )
HURT, ROGER WALKER, TERRI    )
ANDERSON, SHERRY BENTON,     )
KAREN HARPER, DONALD         )
HULICK, WEXFORD HEALTH       )
SERVICES, INC., and KEVIN    )
KIRKBRIDE,                   )
                             )
            Defendants.      )


                       DEPOSITION


     The Deposition of ANDRE HUNTER, a citizen of
the State of Illinois, a witness of lawful age; to
be held at the Law Offices of Heyl, Royster,
Voelker & Allen, 1 North Old State Capitol Plaza,
Suite 575, Springfield, Illinois, at 11:00 A.M. on
the 18th day of October, 2007, before Debra L.
Brehm, CSR in and for the State of Illinois, CSR
License No. 84-002690, as a witness in a certain
suit and matter now pending and undetermined in
the United States District Court for the Central
```


EXHIBIT 2

```
                                                                    2

   1    District of Illinois.

   2

   3                    A P P E A R A N C E S

   4

   5    HEYL, ROYSTER, VOELKER & ALLEN
        1 North Old State Capitol Plaza, Ste. 575
   6    Springfield, Illinois  62705
        BY:   Mr. David Walter, Esq.
   7          Appearing on behalf of Defendants
              Dr. Ben Awada, Dr. Gracelia Grammer,
   8          and Dr. Seth Osafa;

   9


  10
        ASSISTANT ATTORNEY GENERAL
  11    ILLINOIS ATTORNEY GENERAL'S OFFICE
        500 South 2nd Street
  12    Springfield, Illinois  62705
        BY:   Mr. Jacob Smith, Esq.
  13          Appearing on behalf of Defendants
              Dr. Willard Elyea, Barbara Hurt,
  14          Roger Walker, Terri Anderson, Sherry
              Benton, Karen Harper, Donald Hulick,
  15          and Kevin Kirkbride.

  16

  17                    C O N T E N T S              Page

  18    Examination by Mr. Walter                     3

  19

  20

  21

  22                      E X H I B I T S

  23    (No exhibits marked)

  24
```

```
 1          (Whereupon the deposition commenced at
 2      11:20 A.M.)
 3                       BECKY RAIKES,
 4  called as a witness, having been first duly sworn,
 5  was examined and testified as follows:
 6                       EXAMINATION
 7                     BY MR. WALTER:
 8      Q.    Would you please state your name for the
 9  record?
10      A.    Becky Raikes.
11      Q.    Where are you employed, Ms. Raikes?
12      A.    Heyl, Royster, Voelker & Allen.
13      Q.    And today's date is October 18, 2007;
14  correct?
15      A.    Yes.
16      Q.    And have you been working at Heyl,
17  Royster, Voelker & Allen all day today?
18      A.    Yes, I have.
19      Q.    And what time did you come in this
20  morning?
21      A.    8:00 A.M.
22      Q.    And it's currently 11:20; is that
23  correct?
24      A.    Yes.
```

```
1      Q.   Have you been working at Heyl, Royster,
2   Voelker & Allen since what time this morning?
3      A.   8:00 A.M.
4      Q.   Have you received any calls from Andre
5   Hunter?
6      A.   No, I have not.
7      Q.   And has Andre Hunter appeared for his
8   deposition that was scheduled for 11:00 A.M.?
9      A.   No.
10          MR. WALTER:   I don't have any additional
11  questions.
12          (Whereupon the deposition concluded at
13      11:21 A.M.)
14
15
16
17
18
19
20
21
22
23
24
```

```
1    STATE OF ILLINOIS      )
                            ) SS
2    COUNTY OF MACON        )

3

4
          I, DEBRA L. BREHM, CSR in and for the State
5    of Illinois, do hereby certify that BECKY RAIKES,
     the deponent herein, was by me first duly sworn to
6    tell the truth, the whole truth and nothing but
     the truth, in the aforementioned cause of action.
7
          That the foregoing deposition was taken on
8    behalf of the Defendants, on the 18th day of
     October, 2007.
9
          That said deposition was taken down in
10   stenograph notes, afterwards reduced to
     typewriting by me, and is a true and accurate
11   transcription of the testimony; and that it was
     agreed by and between the witness and attorneys
12   that said signature on said deposition would be
     waived.
13
          I do hereby certify that I am a disinterested
14   person in this cause of action; that I am not a
     relative of any party or any attorney of record in
15   this cause, or an attorney for any party herein,
     or otherwise interested in the event of this
16   action, and am not in the employ of the attorneys
     for either party.
17
          IN WITNESS WHEREOF, I have hereunto set my
18   hand this 22nd day of October, 2007.

19

20
                          [signature: Debra L. Brehm]
21

22
                          DEBRA L. BREHM, CSR
23

24
```