**E-FILED**
Tuesday, 20 November, 2007  09:16:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ANDRE HUNTER, R-01100,                )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )    No.    07-3062
                                      )
DR. BEN AWADA, et al.,                )
                                      )
    Defendants.                       )

## MOTION TO DISMISS FOR WANT OF PROSECUTION

NOW COME the Defendants, DR. WILLARD ELYEA, ROGER WALKER, TERRI ANDERSON, SHERRY BENTON, DONALD HULICK, BARBARA HURT, and KEVIN KIRKBRIDE, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Fed. R. Civ. P. 37(d) and Fed. R. Civ. P. 41(b), hereby move this Honorable Court to dismiss this case for want of prosecution, stating as follows:

1.    Plaintiff, Andre Hunter, a former Illinois Department of Corrections inmate, filed this suit pursuant to 42 U.S.C. §1983 alleging violations of his constitutional rights.

2.    Defendants filed their Answer on June 18, 2007.

3.    Plaintiff's deposition was scheduled to take place at 11:00 a.m. on October 18, 2007, at the offices of Heyl, Royster, Voelker & Allen, Suite 575, National City Center, 1 N. Old State Capitol Plaza, Springfield, Illinois.  Notice of this deposition was sent to Plaintiff at 2125 B Melrose Drive, Champaign, IL 61821, via first class mail on September 17, 2007, by co-counsel for Defendants. [Court Document #44-2, p.1].

4.    Despite receiving notice, Plaintiff did not appear at his deposition or notify counsel that he would be unable to attend, as reflected in the deposition transcript. [Court Document #44-3].

5.    The undersigned has not been contacted by Plaintiff regarding his failure to appear for the deposition or the possibility of rescheduling the deposition.

6.    This Court may dismiss a lawsuit for want of prosecution based upon the failure of the plaintiff to prosecute his case with due diligence.  Williams v. Chicago Bd. of Educ., 155 F.3d 853, 857 (7th Cir. 1998).

7.    Furthermore, Fed. R. Civ. P. 37(d) allows for the dismissal of an action when a party fails to appear for a deposition after being served with proper notice.

8.    Defendants cannot adequately prepare their defense without the deposition of Plaintiff.  Defendants assert that Plaintiff's failure to appear for his scheduled deposition shows a lack of diligence and justifies dismissal of this case for want of prosecution.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Honorable Court to dismiss this case for want of prosecution.

Respectfully submitted,

DR. WILLARD ELYEA, ROGER WALKER, TERRI ANDERSON, SHERRY BENTON, DONALD HULICK, BARBARA HURT, and KEVIN KIRKBRIDE,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Jacob H. Smith, #6290790                    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9014                         By:  s/Jacob H. Smith
                                            Jacob H. Smith
Of Counsel.                                 Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing Motion to Dismiss for Want of Prosecution with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Theresa M. Powell
tpowell@hrva.com

and I hereby certify that on November 20, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

Andre Hunter
2125 B Melrose Drive
Champaign, IL 62821

By:  s/Jacob H. Smith
        Jacob H. Smith, #6290790
        Assistant Attorney General
        500 South Second Street
        Springfield, Illinois  62706
        Phone:  (217) 782-9014
        Fax:  (217) 524-5091
        jsmith@atg.state.il.us