E-FILED
Friday, 07 December, 2007 01:46:15 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 0 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDRE HUNTER, )
                )
    Plaintiff, )
                )
vs.             )
                )   Case No. 07-3062
Dr. Ben Awada, Dr. Graciela )
Grammar, Dr. Seth Osafo, Dr. )   Jury Trial Demanded
Willard Elyea, Barbara Hurt, )
Roger Walker Jr., Terri )
Anderson, Sherry Benton, )
Karen Harper, Donald Hulick, )
Wexford Health Sources Inc., )
Kevin Kirkbride, )
    Defendants. )

## PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION FOR SANCTIONS

NOW COMES the Plaintiff, André Hunter, pro se, and for his answer to defendants, Karen Harper, Graciela Grammer, Seth Osafo, M.D.; Ben Awada, D.D.S.; and Wexford Health Sources, Inc.'s motion for sanctions, states as follows:

1. Plaintiff is unlettered in civil law and has never brought suit in federal or state court, and as such is still unfamiliar with a number of civil procedures.

2. Upon reading defendant's Notice of Discovery Deposition, plaintiff found no mention that he was required to be present at the deposition. Plaintiff did, however, read "at which time and place you may appear if you see fit so to do." The plaintiff misinterpreted this, believing it meant he could choose not to be present.

3. Plaintiff received notice of deposition on October 16, 2007 (two days before it took place). Even if plaintiff did understand his presence was required, and was able to obtain permission from his supervisor to take leave, he would have had to sacrifice work on October 18, 2007. Plaintiff was released from prison on August 31, 2007, and was (and is) in no position, financially, to miss a whole day's wages.

    4. Plaintiff resides in Champaign, Illinois and had no means of transportation to Springfield, Illinois.

    5. Plaintiff has, to this point, been timely with all of his motions, answers, and responses to discovery requests.

    WHEREFORE, for the reasons stated above the plaintiff respectfully prays this honorable court sees fit not to impose sanctions.

Respectfully Submitted,

_____
André Hunter
2125 B Melrose Dr.
Champaign, IL. 61820

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing documents by first class United States mail in a properly addressed envelope with adequate postage thereon.

The individuals served are:

Heyl, Royster, Voelker & Allen
Suite 575, National City Center
P.O. Box 1687
Springfield, IL 62705


Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

This 30TH day of November, 2007.

André Hunter