E-FILED
Friday, 04 January, 2008  02:53:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANDRE HUNTER,                        )
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )        Case No. 07-3062
Dr. Ben Awada, Dr. Graciela          )
Grammar, Dr. Seth Osafo, Dr.         )        Jury Trial Demanded
Willard Elyea, Barbara Hurt,         )
Roger Walker Jr., Terri              )
Anderson, Sherry Benton,             )
Karen Harper, Donald Hulick,         )
Wexford Health Sources Inc.,         )
Kevin Kirkbride,                     )
Defendants.                          )

**FILED**

JAN - 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## Motion to Order
## Deposition by Telephone

NOW COMES the Plaintiff, André Hunter, pro se, and pursuant
to Fed R. Civ. P. 30(b)(7), respectfully requests this court
order the deposition of plaintiff being taken by Heyl, Royster,
Voelkner, and Allen, scheduled for Friday, January 11, 2008 at
3:00 p.m., be taken by telephone, stating as follows:

1. Deposition of plaintiff upon oral interrogatories is
scheduled to be held at 1 North Old State Capitol Plaza,
Springfield, Illinois, 62705. This location is approximately 87
miles from plaintiff's residence. Plaintiff was granted motion
to proceed in forma pauperis and has no means of affordable
transportation out of town.

2. After missing original deposition hearing, plaintiff
contacted counsel for defendants David M. Walter and made good
faith effort to reschedule hearing at a location, or in a
manner, less inconvenient for plaintiff. Counsel for defendants
suggested plaintiff use a taxicab. Plaintiff called Yellow Cab
co. of Champaign, IL. To arrange transportation and was told the
cost would be $175.50 one way.

3. Plaintiff contends that counsel for defendants places
undue burden and expense on financially weak litigant by

requiring plaintiff to incur $350+ expense when Fed. R. Civ. P. 30(b)(7) allows the court, upon motion, to order deposition by telephone.

4. Plaintiff cannot perceive any way that the discovery of facts through oral interrogatories would be impeded by use of telephone.

WHEREFORE, for the reasons stated above, the Plaintiff respectfully requests this court order the deposition of Plaintiff by Heyl, Royster, Voelkner, and Allen, scheduled for Friday, January 11, 2008 at 3:00 p.m., be taken by telephone.

Respectfully submitted,

André Hunter
2125 B Melrose Dr.
Champaign, IL 61820

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties a copy of the foregoing documents by first class United States mail in a properly addressed envelope with adequate postage thereon.

The individuals served are:

Heyl, Royster, Voelker & Allen
Suite 575, National City Center
P.O. Box 1687
Springfield, IL 62705


Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, IL 62706


This _4_ day of _JANUARY_, 2008.

_André Hunter_
André Hunter



Subscribed and sworn to before me
This _4th_ day of _January_, 2008.


_Carol Inskeep_
Notary Public

"OFFICIAL SEAL"
CAROL INSKEEP
Notary Public, State of Illinois
My commission expires 12/22/11