05415-R4150
DMW/jly

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R01100, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3062-HAB-BGC |
| ) | |
| DR. BEN AWADA, DR. GRACIELA ) | |
| GRAMMER, DR. SETH OSAFA, DR. ) | |
| WILLARD ELYEA, BARBARA HURT, ) | |
| ROGER WALKER, TERRI ANDERSON, ) | |
| SHERRY BENTON, KAREN HARPER, ) | |
| DONALD HULICK, WEXFORD ) | |
| HEALTH SOURCES, INC., and KEVIN ) | |
| KIRKBRIDE, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION
TO ORDER DEPOSITION BY TELEPHONE**

NOW COME the Defendants, BEN AWADA, D.D.S., GRACIELA GRAMMER, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., by their attorney, DAVID M. WALTER of HEYL, ROYSTER, VOELKER & ALLEN, and for their Response to Plaintiff's Motion to Order Deposition by Telephone state:

1.  The Plaintiff brought this cause of action against Dr. Awada, Dr. Grammer, Dr. Osafo, Karen Harper, and Wexford Health Sources, Inc. in the Central District of Illinois.

2.  On August 30, 2007 the Plaintiff filed a Notice of Change of Address notifying the Court that his new address, effective August 31, 2007 is: Andre Hunter, 2125 B Melrose Drive, Champaign, Illinois, 61821.

3.  On September 17, 2007, the Plaintiff was sent a Notice of Discovery Deposition advising him that his deposition would be taken on Thursday, October 18, 2007 at 11:00 a.m. at the

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/jly

offices of Heyl, Royster, Voelker & Allen, Suite 575, National City Center, 1 N. Old State Capitol Plaza, by the Defendants. This notice was sent to the Plaintiff at his new address of 2125 B Melrose Drive, Champaign, Illinois, 61821.

4. On October 18, 2007, the undersigned counsel for Ben Awada, D.D.S., Graciela Grammer, D.D.S., Seth Osafo, M.D., Karen Harper, and Wexford Health Sources, Inc. appeared, along with a court reporter and Assistant Attorney General Jacob Smith at 11:00 a.m. at the designated location to take the Plaintiff's deposition. The Plaintiff, however, who initiated this action and has required that a medical doctor and two dentists spend their time defending against his allegations rather than treating their patients, did not appear.

5. After approximately 20 minutes, Becky Raikes, receptionist at Heyl, Royster, Voelker & Allen, Springfield office, where the deposition was to take place and where the undersigned counsel works, was sworn as a witness. Ms. Raikes testified that she had been working at the front desk as a receptionist and had received no calls from Andre Hunter.

6. Thus, the Defendants asked the Court to dismiss the Plaintiff's action as a sanction for his failure to attend his own deposition.

7. The Plaintiff responded by acknowledging that he had received notice of his deposition but claiming that he did not realize he, the Plaintiff, needed to attend his own deposition.

8. The Court has not yet had an opportunity to rule on the Defendants' Motion for Sanctions.

9. Thus, as the discovery completion deadline rapidly approached, the Defendants made numerous efforts to reschedule the Plaintiff's deposition in case their Motion for Sanctions was denied.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4150
DMW/jly

10. Eventually, the Plaintiff's deposition was rescheduled for January 11, 2008.

11. The Plaintiff then filed a motion asking that his deposition be taken by telephone.

12. The Plaintiff claims that it is inconvenient for him to travel to Springfield for his deposition alleging that it would cost him more than $350 to do so.

13. First of all, as the undersigned has advised the Plaintiff, and as the Greyhound ticket information attached hereto as an exhibit demonstrates, the Plaintiff can make a round trip from Champaign to Springfield, Illinois on January 11, 2008 by purchasing a non-refundable ticket for a mere $38. Thirty-eight dollars is less than the cost to the Defendants from Plaintiff's failure to attend his own deposition as originally scheduled. Thirty-eight dollars is also far cheaper than having counsel for the Defendants travel to Champaign for Plaintiff's deposition

14. The Plaintiff had no concern for costs when the State of Illinois was paying for his food, lodging and transportation.

15. The Plaintiff chose to bring this action and may move to voluntarily dismiss it if he does not wish to proceed.

16. Credibility will be very important in this case. Depending upon how the Plaintiff responds to certain questions, counsel for the Defendants may need to be able to show the Plaintiff documents during his deposition. Counsel for the Defendants will also need to be able to watch the Plaintiff's body language in the deposition to determine whether follow-up questions are necessary. Counsel for the Defendants further need to be able to assess how the Plaintiff will be perceived by the jury by observing him during the deposition.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4150
DMW/jly

  WHEREFORE, Defendants, BEN AWADA, D.D.S., GRACIELA GRAMMER, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., respectfully request that the Court enter an Order sanctioning the Plaintiff for his failure to attend his original deposition by dismissing this action, or, in the alternative, by denying Plaintiff's motion for leave to attend his rescheduled deposition by telephone.

         Respectfully submitted,

         BEN AWADA, D.,D.S, GRACIELA GRAMMAR, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., Defendants,

         HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY: /s/David M. Walter
   David M. Walter, #6244907
   Theresa M. Powell, #6230402
   HEYL, ROYSTER, VOELKER & ALLEN
   Suite 575, National City Center
   P. O. Box 1687
   Springfield, IL  62705
   Phone: (217) 522-8822
   Fax:   (217) 523-3902
   E-mail: dwalter@hrva.com
       tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

4

05415-R4150
DMW/jly

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I electronically filed a **Response to Plaintiff's Motion to Order Deposition by Telephone** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Jacob H. Smith
jsmith@atg.state.il.us

and I hereby certify that on January 9, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Mr. Andre Hunter
c/o Cynthia Exum
2125 B Melrose Drive
Champaign, IL  61821

/s/David M. Walter

David M. Walter, #6244907
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: dwalter@hrva.com
        tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822