3:07-cv-03062-HAB-BGC    # 50    Page 1 of 1

Greyhound Lines, Inc. Ticket Center Fares

Page 1 of 1

E-FILED
Wednesday, 09 January, 2008  11:53:11 AM
Clerk, U.S. District Court, ILCD



# TICKET CENTER

# Fares

### Your Selections

| Travel | From | Date | To | Date | Passengers |
|---|---|---|---|---|---|
| Round Trip | Champaign, IL | 1/11/2008 at 09:15a | Springfield, IL | 1/11/2008 at 06:50p | 1 |

To change your selections, go back to previous steps.

### Fares For Selected Schedule 1307 With Return Schedule 1322

| Fare Type [1] | Qty | Passenger [2] | Each | Total [3] |
|---|---|---|---|---|
| Standard | 1 | Adult | $57.50 | $57.50 |
| Non-refundable | 1 | Adult | $38.00 | $38.00 |
| Advance purchase and discount deadlines are based on Central Time. | | | | |
| [1]Discounts are not applied to special or advance purchase fares. Cancellation fees or refund restrictions apply on all Greyhound tickets. [2]Child and/or senior rates not available for all fares; the adult rate may be quoted instead. [3]Price does not include fees or applicable sales tax. Fare guaranteed only during this transaction. If credit card holder is not traveling, a gift ticket fee will apply. | | | | |

Quoted Friday, January 04, 2008,  3:20 pm