E-FILED
Friday, 08 February, 2008  03:44:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANDRE HUNTER, R-01100, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No.  07-3062 |
| ) | |
| DR. BEN AWADA, DR. GRACIELA ) | |
| GRAMMAR, DR. SETH OSAFA, DR. ) | |
| WILLARD ELYEA, BARBARA HURT, ) | |
| ROGER WALKER, TERRI ANDERSON,) | |
| SHERRY BENTON, KAREN HARPER, ) | |
| DONALD HULICK, WEXFORD ) | |
| HEALTH SOURCES INC., and ) | |
| KEVIN KIRKBRIDE ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, DR. WILLARD ELYEA, ROGER WALKER, TERRI ANDERSON, SHERRY BENTON, DONALD HULICK, BARBARA HURT, and KEVIN KIRKBRIDE, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, (Fed. R. Civ. P. 56), move this Honorable Court to enter summary judgment in favor of the Defendants. In support thereof, Defendants state as follows:

1. The Plaintiff has failed to prove Eighth Amendment violations in Plaintiff's dental care concerning his #19 tooth.

2. Plaintiff is not entitled to a specific course of treatment.

3. Defendants are entitled to qualified immunity.

4. A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court enter summary judgment in their favor and against Plaintiff.

        Respectfully submitted,

        DR. WILLARD ELYEA, ROGER WALKER, TERRI ANDERSON, SHERRY BENTON, DONALD HULICK, BARBARA HURT, and KEVIN KIRKBRIDE,

        Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

Jacob H. Smith, #6290790        Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9014        By: s/Jacob H. Smith
        Jacob H. Smith
Of Counsel.        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David M. Walter
dwalter@hrva.com

Theresa Powell
tpowell@hrva.com

and I hereby certify that on February 8, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

Andre Hunter
c/o Cynthia Exum
2125 B Melrose Drive
Champaign, Illinois 61821

                                      Respectfully submitted,

                                      By: s/Jacob H. Smith
                                            Jacob H. Smith
                                            Assistant Attorney General
                                            500 South Second Street
                                            Springfield, Illinois 62706
                                            Phone: (217) 782-9014
                                            Fax: (217) 524-5091
                                            jsmith@atg.state.il.us
                                            #6290790