IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R-01100, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.   07-3062 |
| DR. BEN AWADA, et al., | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR SUBSTITUTION OF AFFIDAVIT**

NOW COME the Defendants, DR. WILLARD ELYEA, ROGER WALKER, TERRI ANDERSON, SHERRY BENTON, DONALD HULICK, BARBARA HURT, and KEVIN KIRKBRIDE, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby request this Court to substitute the signed affidavit of Kevin Kirkbride for the unsigned version which was included in Defendants' previously filed Motion for Summary Judgment. In support thereof, the following statements are made:

1. The Defendants filed a Motion for Summary Judgment on or about February 8, 2008 [documents 52 & 53], and attached thereto an unsigned copy of the affidavit of Kevin Kirkbride.

2. The contents of the affidavit was affirmed by the affiant prior to the filing of the Motion for Summary Judgment.

3. However, a signed copy of the affidavit was unavailable at the time the Motion for Summary Judgment was filed due to the affiant's work schedule and access to the affidavit.

WHEREFORE, the Defendants respectfully request this Court substitute the signed executed affidavit of Kevin Kirkbride for the unsigned version submitted with the Defendants' Motion for Summary Judgment.

                                                      Respectfully submitted,

                                                     DR. WILLARD ELYEA, ROGER WALKER, TERRI ANDERSON, SHERRY BENTON, DONALD HULICK, BARBARA HURT, and KEVIN KIRKBRIDE,

                                                          Defendants,

                                                     LISA MADIGAN, Attorney General
State of Illinois,

Jacob H. Smith, #6290790                     Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9014                                     By: <u>s/Jacob H. Smith</u>
                                                                Jacob H. Smith
Of Counsel.                                                              Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2008, I electronically filed Defendants' Motion for Substitution of Affidavit with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David M. Walter
dwalter@hrva.com

Theresa Powell
tpowell@hrva.com

and I hereby certify that on February 14, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

Andre Hunter
c/o Cynthia Exum
2125 B Melrose Drive
Champaign, IL 61821

By: s/Jacob H. Smith
Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-9014
Fax: (217) 524-5091
jsmith@atg.state.il.us

STATE OF ILLINOIS       )   *Hunter v. Awada, et al.*
                        )   USDC-CD Ill. No. 07-3062
COUNTY OF FULTON        )

## AFFIDAVIT

I, KEVIN KIRKBRIDE, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed at Illinois River Correctional Center. My duties include among other things serving as a grievance counselor.

2. I have read the complaint of Andre Hunter, and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint. I was serving as a grievance counselor at Illinois River Correctional Center.

4. If an inmate made me aware of a medical issue he was having, I would have advised him to fill out a request slip for sick call.

5. On March 7, 2006, I responded to a grievance filed by Plaintiff regarding his dental care. The attached response is a true and accurate copy of my response to Plaintiff's grievance. (See attachment 1). My response was based upon a total review of all available information.

6. I am not a medical professional. I did not make the determination as to the proper treatment for Plaintiff's medical care. All decisions regarding the proper medical care provided to Plaintiff were made by Plaintiff's treating physicians. I do not have the authority or training to override the decisions made by doctors. I had no reason to believe the decisions made by Plaintiff's doctors regarding Plaintiff's medical care were improper, and I did not prevent Plaintiff from receiving medical care.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NOT.**

s/Kevin Kirkbride
Kevin Kirkbride

SUBSCRIBED and SWORN
Before me this 11th day of February 2008.

s/Christina G. Smith
Notary Public

"OFFICIAL SEAL"
Christina G. Smith
Notary Public, State of Illinois
Commission Expires 4/26/2011