05415-R4150
DMW/jly

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE HUNTER, R01100, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3062-HAB-BGC |
| ) | |
| DR. BEN AWADA, DR. GRACIELA ) | |
| GRAMMER, DR. SETH OSAFA, DR. ) | |
| WILLARD ELYEA, BARBARA HURT, ) | |
| ROGER WALKER, TERRI ANDERSON, ) | |
| SHERRY BENTON, KAREN HARPER, ) | |
| DONALD HULICK, WEXFORD ) | |
| HEALTH SOURCES, INC., and KEVIN ) | |
| KIRKBRIDE, ) | |
| ) | |
| Defendants. ) | |

**REPLY TO RESPONSE TO
MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, BEN AWADA, D.D.S., GRACIELA GRAMMER, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., by their attorney, DAVID M. WALTER of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule CDIL-LR 7.1, hereby reply to the Plaintiff's Response to Motion for Summary Judgment, stating as follows:

**Reply To  Additional Material Facts Asserted In Response**

Pursuant to Local Rule 7.1, the movant's reply is to include a subsection listing by number, the additional facts asserted by the respondent in Section (b)(4) of the response, and for each fact state whether it is conceded to be material and undisputed, disputed, or immaterial. Plaintiff's response did not separately list additional facts claimed to be material

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

03415-R4150
DMW/jly

and undisputed, however. Thus, the only material facts for purposes of this Motion for Summary Judgment are those set forth by the Defendants in their motion, which the Plaintiff does not dispute.

### **Argument**

Defendants are entitled to summary judgment as a matter of law based upon the undisputed facts of this case. Not including subparts (*i.e.*, a, b, c...), Defendants' Motion for Summary Judgment includes 101 statements of fact. In his response, the Plaintiff only disputes a few. Specifically, the Plaintiff disputes facts numbered 27; 57; 61 (in part); 73, subparts "a" and "f"; 91; 93; and 94. The "dispute" over many of these facts is nothing more than the Plaintiff's personal disagreement with the professional opinions of the two Doctors of Dental Surgery as to the appropriate treatment. Moreover, even if this handful of "disputed" facts are disregarded by the Court, the remaining facts demonstrate the absence of any deliberate indifference.

For example, it is undisputed that a crown was an elective procedure not authorized by the Illinois Department of Corrections. Undisputed Fact No. 92. More importantly, it is undisputed that, in the opinions of Dr. Grammer and Dr. Awada, Doctors of Dental Surgery, the care that the Plaintiff received was appropriate and no other dental treatment was necessary. Undisputed Fact Nos. 68 and 92. Further, it is undisputed that the Plaintiff refused to have his tooth extracted. Undisputed Fact No. 72.

The Plaintiff argues by way of an attempted analogy that the Defendants are liable for the Department's policy about the elective treatment of crowns. The Plaintiff does so by comparing the Defendants to a cashier whose cash drawer is short but states that he did not agree to count the money correctly. The Plaintiff's attempted analogy does not work, because

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

03415-R4150
DMW/jly

it likens common-law contracts to a crime. To hold the Defendants liable for the policy of the Department would more analogous to attempting to hold a cashier liable for money missing from another cashier's drawer. Similarly, to hold the Defendants liable when the Plaintiff refused to have his tooth extracted as recommended by the doctor, is more analogous to attempting to hold a cashier liable for money that is missing because of the actions of the very person who is now demanding its return. These scenarios would, in either case, be unjust to the cashier. It would be similarly unjust to hold the Defendants liable in this case on the Plaintiff's claims of deliberate indifference.

WHEREFORE, Defendants BEN AWADA, D.D.S., GRACIELA GRAMMER, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., pray that this Court will grant summary judgment in their favor and against the Plaintiff.

Respectfully submitted,

BEN AWADA, D.,D.S, GRACIELA GRAMMER, D.D.S., SETH OSAFO, M.D., KAREN HARPER, and WEXFORD HEALTH SOURCES, INC., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendants,

BY:  /s/David M. Walter
David M. Walter, #6244907
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: dwalter@hrva.com
        tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4150
DMW/jly

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I electronically filed a **Reply to Response to Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Jacob H. Smith
jsmith@atg.state.il.us

and I hereby certify that on March 18, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Mr. Andre Hunter
c/o Cynthia Exum
2125 B Melrose Drive
Champaign, IL 61821

/s/David M. Walter

David M. Walter, #6244907
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: dwalter@hrva.com
            tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822